FLOYD THOMASSIE         *       NO. 2023-CA-0749

VERSUS             *       COURT OF APPEAL

SOUTHERN HERITAGE       *       FOURTH CIRCUIT
CONSTRUCTION, LLC,
MICHAEL T. RYAN,         *       STATE OF LOUISIANA
BEVERLY P. WATTS, RIVER
RENTAL TOOLS, INC., ABC      *
INSURANCE COMPANY, AND
XYZ INSURANCE COMPANY    *

               * * * * * * *

DNA ATKINS, J., CONCURS IN THE RESULT.